## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRANDON BURNS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-21-411-G |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **Acting Commissioner of the Social** | ) |
| **Security Administration,** | ) |
| | ) |
|     **Defendant.** | ) |

## **ORDER**

Plaintiff Brandon Burns filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for disability insurance benefits. Consistent with 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure, the case was referred to Magistrate Judge Shon T. Erwin, who recommends that the Commissioner's decision be affirmed. No objection to the Report and Recommendation entered by Judge Erwin has been filed within the time allowed, and no extension of time in which to object has been sought or granted.

Accordingly, the Report and Recommendation (Doc. No. 24) is ADOPTED in its entirety. The decision of the Commissioner of Social Security is AFFIRMED.

IT IS SO ORDERED this 10th day of June, 2022.

_____
CHARLES B. GOODWIN
United States District Judge